UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALKEET S.,

Petitioner,

v.

CHRISTOPHER CHESTNUT, *et al.*,

Respondent,

Case No.  1:26-cv-0045-TLN-JDP

ORDER

The court granted petitioner's request for a preliminary injunction and referred the matter to me for all further proceedings.  ECF No. 8.

I ordered the parties to file a joint proposed briefing schedule on the merits of the petition. ECF No. 11.  In response, the parties have filed a stipulation asking to set the following briefing schedule: respondents' response due July 10, 2026, and petitioner's reply due July 31, 2026.  ECF No. 13.

I find it unnecessary to set such a lengthy briefing schedule; the court has already determined that petitioner is likely to succeed on the merits.  *See* ECF No. 8.  Within fourteen days of the date of this order, respondents may file an answer.  If respondents do so, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents may file an answer within fourteen days of the date of this order.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:     February 25, 2026     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2