UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MALKEET S.,

          Petitioner,

     v.

CHRISTOPHER CHESTNUT, et al.,

          Respondents.

Case No.  1:26-cv-0045-TLN-JDP

**ORDER**

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 15.)  Respondents filed a one-sentence objection, reasserting their prior position.  (ECF No. 16.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Respondents' objection, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 15, 2026 (ECF No. 15) are adopted in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. Respondents are permanently enjoined from re-detaining Petitioner absent compliance with constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where: (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention;  At any such hearing, Petitioner shall be allowed to have counsel present; and

4. The Clerk of Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Date: May 1, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE